**Order entered September 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00377-CR

### IVORY MONTWAIN NAILS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-58191-L**

## ORDER

The Court **REINSTATES** this appeal.

On September 16, 2016, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 23, 2016, we received appellant's brief and a motion to extend time to file the same. Because findings are no longer necessary, we **VACATE** the September 16, 2016 order.

We **GRANT** appellant's September 23, 2016 motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE